# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

─────────

No. 17-60229
Summary Calendar

─────────

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2017

Lyle W. Cayce
Clerk

WINDELL C. BLOUNT; JAMES M. EVANS, SR.,

> Plaintiffs – Appellants,

v.

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES; RICHARD BERRY, Executive Director; LINDA SLAUGHTER, Regional Director; WALLEY NAYLOR, Director of the Division of Field Operations; RUTH ANN WILLIAMS, Mississippi Access and Visitation Director; NELENE LEDFORD, Mississippi Access and Visitation; PETRA KAY, Families First Resource Center Director; FAYE PETERSEN, Family Master Appointee by the Department of Human Services; SEQUOIA EUBANKS, Social Worker; ANDREAL HARPER, Social Worker; VERNASSIA HARBIN, Department Supervisor; JUDY PRICE, Case Worker; O. J. PAGE,

> Defendants – Appellees.

----------------------------------------

WINDELL C. BLOUNT; JAMES M. EVANS, SR.,

> Plaintiffs – Appellants,

v.

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES; RICHARD BERRY, Executive Director; LINDA SLAUGHTER, Regional Director; WALLEY NAYLOR, Director of the Division of Field Operations; RUTH ANN WILLIAMS, Mississippi Access and Visitation; NELENE LEDFORD, Mississippi Access and Visitation; PETRA KAY, Families First Resource Center Director; FAYE PETERSEN, Family Master Appointee by the Department of Human Services; SEQUOIA EUBANKS, Social Worker; ANDREAL HARPER, Social Worker; VERNASSIA HARBIN, Department

No. 17-60229

Supervisor; JUDY PRICE, Case Worker; Lieutenant O. J. PAGE, Jackson Police Officer/Hinds County Court Service,

Defendants – Appellees.

———————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:14-CV-336, 3:15-CV-404

———————————

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:*

*Pro se* Plaintiffs–Appellants Windell C. Blount and James M. Evans, Sr. appeal the district court's February 28, 2017 final judgment in favor of Defendants–Appellees. On appeal, Plaintiffs–Appellants argue that this case turns on the application of section 79-11-141 of the Mississippi Code, which addresses the liability of persons who purport to act as or on behalf of a corporation while knowing there is no incorporation. Miss. Code Ann. § 79-11-141. In addition, among other things, Plaintiffs–Appellants continue to seek damages pursuant to 42 U.S.C. § 1983 for alleged violations of the First, Fourth, Fifth, Fourteenth, and Sixteenth Amendments of the United States Constitution. Having reviewed the orders referenced in the district court's February 28, 2017 final judgment and the appellants' somewhat confusing brief, this court is satisfied that the district court did not commit any reversible error. Accordingly, the district court's judgment is AFFIRMED.

———————————

* Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

No. 17-60229

Also pending are the following motions filed by Plaintiffs–Appellants: (1) a motion to strike a portion of the brief filed by Defendant–Appellee Petra Kay, (2) a motion to strike portions of the brief filed by Defendant–Appellee O. J. Page, (3) a motion to strike any and all references to any immunity from the brief of Defendants–Appellees Mississippi Department of Human Services, Richard Berry, Linda Slaughter, Walley Naylor, Ruth Ann Williams, Nelene Ledford, Faye Peterson, Sequioia Eubanks, Andreal Harper, Vernassia Harbin, and Judy Price, (4) a motion to strike the joinder filed by Defendant–Appellee Petra Kay, and (5) an opposed motion for default judgment. Having considered the above-referenced motions, it is further ordered that each motion is DENIED.